UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN LEE BLAND,

    Plaintiff,

v.

DREW WAGNER and
DANNY POOLEY,

    Defendants.
_____/

Case No. 1:19-cv-297

HON. JANET T. NEFF

**ORDER**

This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment (ECF No. 35).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 4, 2021, recommending that this Court grant the motion and dismiss the complaint with prejudice.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 52) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 35) is GRANTED.  Plaintiff's Complaint (ECF No. 1, amended by ECF No. 9) is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: January 29, 2021                  /s/ Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge